```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 17919
    JIMMIE BRAY
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-1731

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 05/05/2005 and was confirmed 06/27/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was dismissed after confirmation 02/11/2008.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
WELLS FARGO BANK         CURRENT MORTG         .00             .00            .00
REAL TIME RESOLUTION     CURRENT MORTG         .00             .00            .00
REAL TIME RESOLUTION     MORTGAGE ARRE   13200.94              .00       13200.94
ROUNDUP FUNDING LLC      UNSECURED        2796.22              .00            .00
HOUSEHOLD FINANCE        UNSECURED      NOT FILED              .00            .00
ROUNDUP FUNDING LLC      UNSECURED        2247.59              .00            .00
FOUNDATION FOR EMERG SVC UNSECURED      NOT FILED              .00            .00
HOLY CROSS HOSPITAL      UNSECURED      NOT FILED              .00            .00
ARROW FINANCIAL SERVICES UNSECURED         372.89              .00            .00
MARTIN J OHEARN          DEBTOR ATTY     1,700.00                         1,700.00
TOM VAUGHN               TRUSTEE                                            810.06
DEBTOR REFUND            REFUND                                                .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             15,711.00

PRIORITY                                          .00
SECURED                                     13,200.94
UNSECURED                                         .00
ADMINISTRATIVE                               1,700.00
TRUSTEE COMPENSATION                           810.06
DEBTOR REFUND                                     .00
                   ---------------         ---------------
TOTALS              15,711.00               15,711.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 05 B 17919 JIMMIE BRAY

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 05/23/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |